APRIL 5, 2000

No. 99–5. UNITED STATES v. MORRISON ET AL.; and

No. 99–29. BRZONKALA v. MORRISON ET AL. C. A. 4th Cir. [Certiorari granted, 527 U. S. 1068.] Writ of certiorari only as to Virginia Polytechnic Institute and State University and William Landsidle dismissed under this Court's Rule 46.1.